590　　　　　May 14, 2025　　　　　No. 443

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of the Compensation of James Hibbs,
Claimant.

James HIBBS,
*Petitioner,*

*v.*

SEDGWICK CMS
and Cascade Tissue Group Sales,
*Respondents.*

Workers' Compensation Board
2200060;
A180666

Argued and submitted April 15, 2025.

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Katherine M. Caldwell argued the cause and filed the brief for respondents.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *Hibbs v. Sedgwick CMS (A180289),* 340 Or App 431 , ___ P3d ___ (May 14, 2025).